

# Fourth Court of Appeals
## San Antonio, Texas

December 19, 2022

No. 04-22-00648-CV

**IN THE INTEREST OF S.R.W.**, a Child

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-01236
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

On December 16, 2022, appellant H.W. filed a motion for extension of time to file her brief. We GRANT the motion and accept appellant's brief, filed on December 15, 2022, as timely filed.

It is so **ORDERED** December 19, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT